# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| STEWART CELLARS LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>LEGENDS DISTILLERY LTD.,<br><br>    Defendant. | Case No. 23-cv-03163-BLF<br><br>**ORDER CONTINUING CASE MANGEMENT CONFERENCE AND DIRECTING PROOF OF SERVICE OR STATUS UPDATE NO LATER THAN MARCH 15, 2024** |

Plaintiff Stewart Cellars has again filed a case management statement stating that it has not yet been able to serve Defendant Legends Distillery Ltd. ECF No. 19. The Court CONTINUES the case management conference to April 18, 2024.

The Court also observes that Plaintiff has failed to serve the defendant within the 90-day period required under Federal Rule of Civil Procedure 4(m). The Court finds that the declaration of Plaintiff's counsel shows good cause for the failure. *See* ECF No. 19-1 (outlining Plaintiff's attempts to serve Defendants). Accordingly, the Court will EXTEND the period for service until March 15, 2024. On that date, Plaintiff must file proof of service or a status report demonstrating good cause for any further extension. Failure to do so will result in the Court dismissing this action without prejudice and without further notice to Plaintiff.

**IT IS SO ORDERED.**

Dated: February 15, 2024

_____
BETH LABSON FREEMAN
United States District Judge